IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          No. CV 14-0123 RB/KBM
                                               CR 11-0487 RB

EVA GUTIERREZ,

    Defendant.

## ORDER FOR ANSWER

This matter is before the Court, *sua sponte* under rule 4(b) of the Rules Governing Section 2255 Cases, on Defendant Eva Gutierrez's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence (CV Doc. 1; CR Doc. 484) filed on February 10, 2014.  In accordance with rule 4(b), the Court will direct the United States to answer Defendant's motion.

IT IS THEREFORE ORDERED that the Clerk is directed to forward a copy of Defendant Eva Gutierrez's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence (CV Doc. 1; CR Doc. 484) and supporting papers and exhibits, if any, together with a copy of this Order, to the United States of America c/o Steven R. Spitzer, U.S. Attorney's Office, 700 E. San Antonio Suite 200, El Paso, TX 79901;

IT IS FURTHER ORDERED that, within twenty-three (23) days of entry of this Order, the United States answer Defendant Eva Gutierrez's motion.

                                                      _____
                                                      UNITED STATES CHIEF MAGISTRATE JUDGE